IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONNA MCMILLAN, *et al.*,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A.

    Defendant.

No. C 08-05739 WHA

**ORDER RE SUPPLEMENTAL DISCOVERY PLAN**

The Court is in receipt of plaintiffs' request to clarify or supplement the discovery plan. Plaintiffs' requests include four categories of documents they would like the bank to produce as part of the limited discovery previously ordered. This order finds that the bank should produce the following:

> Documents reflecting orders for copies of Consumer Account Agreements and privacy brochures to be delivered to the branches at which each Plaintiff opened an account.

Because plaintiffs' other requests are not narrowly tailored to address the named plaintiffs, the other three requests are **DENIED**.

Because of the complex factual questions regarding contract formation in this case, the Court requests that parties account for the variations of offer and acceptance analysis in any future discovery. Specifically, the Court would like to know when a contract between a customer and the bank is formed and when the customer's bank account is opened after the customer applies for the account in person. Please address the following questions through discovery:

1. Where the applicant fills out and submits an account application, gives a deposit check to the bank and the bank accepts, does the account application constitute an offer? Does the bank's acceptance of the check then create a contract?

2. Where a lengthy, standard-form consumer agreement is mailed to the customer *after* the application is submitted, does mailing of the agreement constitute acceptance of applicant's offer to open account? Or are the terms of the agreement already incorporated into the contract formed at an earlier stage?

These questions should be addressed in the briefing of the new Rule 12(b)(3) motion that may be filed no later than August 6, 2009, as discussed in the June 12 order.

**IT IS SO ORDERED.**

Dated: June 22, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE