1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   DONNA MCMILLIAN, TERRY
     DAGENHART and KRISTY DAGENHART,
11   individually and on behalf of all others              No. C 08-05739 WHA
     similarly situated,
12
                 Plaintiffs,
13
                                                           **ORDER SETTING HEARING
14       v.                                                RE DISCOVERY MOTION
                                                           FOR A PROTECTIVE ORDER**
15   WELLS FARGO BANK, N.A.

16               Defendant.
                                                      /
17

18           The Court is in receipt of defendant's motion for a protective order and hereby **SETS** a

19   hearing for **WEDNESDAY, JULY 8, 2009, AT 9:00 A.M.** in Courtroom 9 in the federal courthouse,

20   located at 450 Golden Gate Avenue, San Francisco, California.  A response is due no later than

21   noon on July 7, 2009.

22

23           **IT IS SO ORDERED.**

24

25   Dated:  June 29, 2009.                          _____
                                                     WILLIAM ALSUP
26                                                   UNITED STATES DISTRICT JUDGE

27

28

United States District Court
For the Northern District of California