IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONNA MCMILLAN, *et al.*,

Plaintiffs,

v.

WELLS FARGO BANK,

Defendant.

No. C 08-05739 WHA

**ORDER RE REQUEST FOR ADJUSTMENT OF DEPOSITION ORDER AND SCHEDULE**

Ms. McMillan should be deposed by video conferencing on July 24, 2009 with plaintiffs' counsel paying the costs of video conferencing. While good cause has not been shown to change the deadlines, good cause has been shown to depose Ms. McMillan in Minneapolis due to her family situation. In the future, please do not make allegations of family exigencies such as terminal illness without a declaration.

Alternatively, at the election of defense counsel, Ms. McMillan may be deposed in person in Minneapolis on July 24 and plaintiffs' counsel shall pay for the costs of one lawyer to fly coach to Minnesota to take the deposition. This election must be made **BY NOON ON JULY 22, 2009** in writing.

**IT IS SO ORDERED.**

Dated: July 21, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE